# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL SHOTWELL, | 1:10-cv-01496-LJO-MJS (HC) |
| Petitioner, | ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED AS UNTIMELY OR SUCCESSIVE |
| v. | |
| A. HEDGPETH, Warden, | (60 Day Deadline) |
| Respondent. | |

Petitioner is a state prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. He has proceeded in this action *pro se*, but (in a separate order) the Court appoints counsel for him.

On August 19, 2010, Petitioner filed the instant petition. (Pet., ECF No. 1.) The Petition raises various challenges to Petitioner's May 2, 2002 conviction to include claims of ineffective assistance of counsel, prosecutorial misconduct, and violations of federal due process. (Id.)

The instant Petition raises two significant preliminary issues:

First, the current Petition was filed over eight years after Petitioner's conviction. The Antiterrorism and Effective Death Penalty Act of 1996 (hereinafter "AEDPA") imposes various requirements on all petitions for writ of habeas corpus filed after the date of its enactment. Lindh v. Murphy, 521 U.S. 320, 117 S.Ct. 2059, 2063 (1997); Jeffries v. Wood, 114 F.3d 1484, 1499 (9th Cir. 1997). Specifically, AEDPA imposes a one-year period of limitation on petitioners seeking to file a federal petition for writ of habeas corpus. 28

U.S.C. § 2244(d)(1). Given the significant period of time that elapsed between Petioner's 2002 conviction and the 2010 filing of this Petition, the Court orders Petitioner to show cause why the Petition should not be dismissed as untimely. In his response to this order to show cause, Petitioner shall attach all relevant filings that Petitioner relies upon to establish that the petition was timely filed.

Second, Court records reveal Petitioner filed an earlier Petition for Writ of Habeas Corpus on May 18, 2004. <u>See</u> <u>Shotwell v. Evans</u>, Case No. 1:04-cv-06496-LJO-DLB. That petition raised several claims which appear to be the same or similar to those raised in the instant petition. Accordingly, the Court further orders Petitioner to respond and show cause why the Petition should not be dismissed as successive.

IT IS HEREBY ORDERED that:

1. Petitioner is to show cause why the present petition is not untimely or successive; and

2. Petitioner is ordered to respond to this Order in writing no more than fifteen (15) pages in length (exclusive of exhibits) within sixty (60) days of service of this Order.

IT IS SO ORDERED.

Dated:   July 28, 2011             /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

2